✎ PS 8
(3/15)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2026

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs. Perales, Gilbert Docket No. 0980 1:26CR02059-SAB-1

## Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Gilbert Perales, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Yakima, Washington, on the 21st day of October 2026, under the following conditions:

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Controlled Substance and Assessment #12:** Defendant shall participate and undergo a substance abuse evaluation. Pretrial Services may determine/approve the evaluators, schedule, and place of any evaluation. If Defendant terminates any treatment program before it is completed, the treatment provider and Defendant shall immediately notify the U.S. Probation Officer.

**Temporary Release Order ECF No. 20: Potential Consequences of Violation #15**: ADVISEMENT: Defendant is advised that violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for Defendant's arrest, a revocation of Defendant's release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

**Supporting Evidence**: On October 6, 2026, Mr. Perales was released from the Yakima County Jail to inpatient treatment at James Oldham Treatment Center in Buena, Washington. On October 13, 2026, the below-said officer received an email from his counselor that Mr. Perales left the treatment facility against advice as he reported he did not want to "catch Covid," as the facility was in an outbreak. Per his counselor, precautions were given to him as well as a mask. His counselor noted he ultimately decided to leave treatment and was transported to Granger, Washington, where he reported to have family.

Mr. Perales has not contacted the probation office since he left the treatment center on October 12, 2026, against advice.

PRAYING THAT THE COURT WILL ORDER A WARRANT

---

I declare under the penalty of perjury
that the foregoing is true and correct.

Executed on: October 13, 2026

by s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[X] No Action (Defendant to self-surrender to Yakima County Jail)
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

[signature]

Signature of Judicial Officer

10/13/26

Date